In the Matter of TENLAN REALTY CORPORATION et al., Respondents, against BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Defendants. TREEVERSE REALTY CORPORATION, Intervener, Appellant.

Argued November 23, 1937; decided December 7, 1937.

*Benjamin H. Trask* for appellant.

*Abraham J. Halprin* and *Irving Barry* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.